IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FOREWORD MAGAZINE, INC.,
a Michigan corporation,

      Plaintiff,

      vs.

OVERDRIVE, INC.,
a Delaware Corporation,

      Defendant.

Case No. 1:10-cv-1144

Honorable Paul L. Maloney
Chief United States District Judge

# VERDICT FORM

We, the jury, being first duly empaneled and sworn in the above entitled cause, do find as follows:

## ANTICYBERSQUATTING CONSUMER PROTECTION ACT

On the claim of Plaintiff ForeWord Magazine, Inc. against Defendant OverDrive, Inc. for cybersquatting under the Anticybersquatting Consumer Protection Act, we, the jury, find as follows:

We find that Defendant is liable to Plaintiff for damages in the amount of $ _74,500.00_ (between $1,000 and $100,000).

## BREACH OF CONTRACT

On the claim of Plaintiff ForeWord Magazine, Inc. against Defendant OverDrive, Inc. for breach of contract, we, the jury, find as follows:

Question No. 1: Did Defendant breach its contract with Plaintiff?

Answer: _YES_ (yes or no)

If your answer to Question No. 1 is "Yes", please go to Question No. 2 and Question No. 3.

Question No. 2: Is Plaintiff entitled to nominal damages?

Answer: _YES_ (yes or no)

## ATTORNEYS' FEES FOR BREACH OF CONTRACT

On the claim of Plaintiff ForeWord Magazine, Inc. against Defendant OverDrive, Inc. for breach of contract, we, the jury, find as follows:

Question No. 3:   If you found that Defendant breached its contract with Plaintiff, is Plaintiff entitled to attorneys' fees under the terms of the contract?

Answer: __YES__ (yes or no)

Dated: July 12, 2012

Signed,

_____
**Jury Foreperson**

_____
Juror Member

_____
Juror Member

_____
Juror Member

_____
Juror Member

_____
Juror Member

_____
Juror Member

_____
Juror Member