UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FOREWORD MAGAZINE, INC.,            )
    Plaintiff,                              )
                                                 )    No. 1:10-cv-01144
-v-                                                        )
                                                 )    HONORABLE PAUL L. MALONEY
OVERDRIVE, INC.,                            )
    Defendant.                            )
                                                 )

## JUDGMENT

Having resolved all pending claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Plaintiff and against Defendant.

**IT IS ORDERED** that Defendant is liable to Plaintiff in the amount of $74,500.00, plus costs and reasonable attorneys' fees.  Defendant is **ORDERED** to take any and all actions necessary to transfer the "forwardreviews.com" domain name to Plaintiff no later than two weeks from the date of this judgment.  If the parties cannot reach agreement regarding costs, Plaintiff shall submit a bill of costs, with supporting documentation as necessary, as required by Fed. R. Civ. P. 54(d) and Rule 54.1 of the Local Civil Rules of the Western District of Michigan.

**THIS ACTION IS TERMINATED.  IT IS SO ORDERED.**


Date:  January 10, 2013                                              /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           Chief United States District Judge