IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FOREWORD MAGAZINE, INC.,
a Michigan corporation,

    Plaintiff,

               vs.

OVERDRIVE, INC.,
a Delaware Corporation,

    Defendant.
_____/

Case No. 1:10-CV-1144

Honorable Paul L. Maloney

| | |
|---|---|
| Mark Clark (P41652) | Lester S. Potash (Ohio Bar No. 0011009) |
| Brian A. Hall (P70865) | 55 Public Square, Suite 1717 |
| TRAVERSE LEGAL, PLC | Cleveland, OH 44113-1901 |
| Attorneys for Plaintiff | (216) 771-8400 |
| 810 Cottageview Drive, Unit G-20 | lsp@potash-law.com |
| Traverse City, MI 49684 | |
| (231) 932-0411 | *Attorneys for Defendant* |
| mark@traverselegal.com | |
| brianhall@traverselegal.com | |

*Attorney for Plaintiff*
_____/

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

NOW COMES Plaintiff ForeWord Magazine, Inc. ("Plaintiff"), by and through its counsel, Traverse Legal, PLC, and for its Motion Attorneys' Fees states the following:

1. This matter went to trial in July 2012.

2. On July 12, 2012, the Jury came back with a verdict in favor of the Plaintiff and awarded $74,500.00 in damages under the Anticypbersquatting Consumer Protection Act.

3. The jury also found for the Plaintiff regarding the Breach of Contract claim and found the Plaintiff was entitled to attorneys' fees.

4. In light of the jury's ruling of July 12, 2012, Plaintiff additionally requests that the court confirm its costs and attorneys' fees, which are attached to Plaintiff's Brief in support of Motion for Permanent Injunction, Costs and Attorneys' Fees as ***Exhibit C***.

WHEREFORE, Plaintiff prays the Court grant its motion for attorneys' fees in the amount of $126,957.00.

Respectfully submitted this 24th day of January, 2013.

                TRAVERSE LEGAL, PLC

                /s/Mark Clark
                Mark Clark (P41652)
                Brian A. Hall (P70865)
                TRAVERSE LEGAL, PLC
                Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January, 2013, I electronically filed the foregoing paper with the Court using the ECF system which will send notification of such filing to the following:

>Lester S. Potash (admitted)
>55 Public Square, Suite 1717
>Cleveland, OH  44113-1901
>(216) 771-8400
>lsp@potash-law.com
>
>*Attorneys for Defendant*

>/s/Mark Clark
>Mark Clark (P41652)
>Brian A. Hall (P70865)
>TRAVERSE LEGAL, PLC
>810 Cottageview Drive, Unit G-20
>Traverse City, MI  49686
>231-932-0411
>mark@traverselegal.com
>brianhall@traverselegal.com
>
>*Attorneys for Plaintiff*