# EXHIBIT A

Plaintiff's Bill of Costs

Bill of Costs - Foreword Magazine v Overdrive

| Date | Description | Amount |
|---|---|---|
| 11/17/10 | ACPA Complaint Filing Fee | 350.00 |
| 12/13/10 | Joseph B Jerome and Associates - filing fee | 550.00 |
| 03/04/11 | Facilitative Mediator Assessment Fee | 25.00 |
| 05/13/11 | Richard Grauer, Mediator | 900.00 |
| 06/13/11 | Transcript fee for Schaefer deposition | 183.10 |
| 06/24/11 | Tackla Associates - deposition transcript - Vantusko | 337.80 |
| 07/26/11 | Richard Grauer, Mediator | 200.00 |
| 01/17/12 | Richard Grauer, Mediator | 790.00 |
| 02/06/12 | Hearing transcript | 218.25 |
| 03/05/12 | Hearing transcript | 174.60 |
|  | Totals | 3,728.75 |